Barbara PRESTON, Respondent,

v.

HITCHIN RAIL, INC., and RAM Mutual Insurance Company, Relators,

Center for Diagnostic Imaging, Blue-Cross BlueShield, Medica, Downtown Orthopedics, Minnesota Department of Labor and Industry/VRU, Minnesota Department of Human Services, Northern Orthopedics, St. Cloud Orthopedics, Bertha Medical Clinic, Intervenors.

No. A12–1062.

Supreme Court of Minnesota.

Dec. 18, 2012.

Luke M. Seifert, Garin L. Strobl, Quinlivin & Hughes, P.A., Saint Cloud, MN, for relators.

Jerry J. Lindberg, Lindberg Law, P.C., Sauk Rapids, MN, for respondent.

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed on June 4, 2012, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that ([s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view,) doing no more than establishing the law of the case)).

BY THE COURT:

/s/ _____
Alan C. Page
Associate Justice